■ In the Matter of KEITH J. KUHN, an Attorney, Resignor. [899 NYS2d 684]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ. (Filed Apr. 16, 2010.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PINKY BROWN, Appellant. [899 NYS2d 723]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HILL, Appellant. [899 NYS2d 723]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Carni, Lindley and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY L. JOHNSON, Appellant. [899 NYS2d 723]—Motion for reconsideration denied. Present—Smith, J.P., Centra, Fahey, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [899 NYS2d 723]—Motion for reargument, or in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARNELL MOSLEY, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARNELL MOSLEY, Appellant. (Appeal No. 2.) [899 NYS2d 723]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK ANDERSON, Appellant. [899 NYS2d 723]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto, Carni and Green, JJ.

■ CRYSTAL RUN NEWCO, LLC, Respondent-Appellant, v UNITED PET SUPPLY, INC., Doing Business as THE PET COMPANY, Appellant-Respondent. [899 NYS2d 723]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER E. MARCH, Appellant. [899 NYS2d 723]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.